DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID URENA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2029

[December 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mindy F. Solomon, Judge; L.T. Case Nos. 15-5695-MU-10A and 16-000072-AC-10A.

Eric Rudenberg of Rudenberg & Glasser, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***